MATTHEW J. LOMBARD (SBN: 239910)
LAW OFFICES OF MATTHEW J. LOMBARD
11400 W. Olympic Blvd., Suite 1500
Los Angeles, CA 90064
Telephone (424)371-5930
Facsimile (310)392-9029
Email: mlombard@lombardlaw.net

Attorney for Defendant
BLADIS MEDINA LOPEZ

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No.: 2:22-cr-0076 KJM |
| Plaintiff,   ) | **ORDER** |
| v.   ) | |
| BLADIS MEDINA LOPEZ,   ) | |
| Defendant.   ) | |

FOR GOOD CAUSE APPEARING THEREFOR;

IT IS HEREBY ORDERED THAT the defendant's Arraignment be continued from April 15, 2022 to April 22, 2022 at 2:00 p.m.

The time period of April 15, 2022 to April 22, 2022, inclusive, is deemed excludable pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A), B(iv) [Local Code T4].

Dated: April 14, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1