PHILLIP A. TALBERT
United States Attorney
ROBERT C. ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00076 |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER SCHEDULING CHANGE OF PLEA HEARING |
| v. | |
| BLADIS MEDINA LOPEZ, | |
| Defendant. | DATE: April 10, 2023<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

1. By previous order, this matter was set for a change of plea hearing on April 10, 2023 before the Chief District Judge Kimberly J. Mueller. On April 4, 2023, the Court issued an order reassigning the case to District Judge Daniel J. Calabretta for further proceedings. The order also directed the parties to consult Judge Calabretta's criminal law and motion calendar and to select an available date to reschedule the change of plea hearing. As ordered the parties have conferred, consulted Judge Calabretta's calendar, and selected a date for a change of plea hearing in this matter, May 11, 2023.

2. Now, the parties respectfully request to schedule the change of plea hearing for May 11, 2023 at 9:00 AM before Judge Calabretta. Additionally, the parties respectfully request that the Court issue a finding pursuant to the Speedy Trial Act and exclude time between April 10, 2023, and May 11, 2023, under Local Code T1.

3. The parties agree, stipulate, and request that the Court find the following:

a) This case was recently re-assigned from Judge Mueller's Criminal Court Docket to Judge Calabretta's Criminal Court Docket. To accommodate the parties' and the Court's schedules, the parties request that the plea hearing date be rescheduled for May 11, 2023. The parties agree and stipulate that the continuance resulting from this rescheduling is necessary to accommodate the time necessary to consulting the Court's calendar as well as the availability of Counsel for the defendant and the government.

b) Counsel for defendant and the government respectfully request that the Court find that the ends of justice served by continuing the plea hearing as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. Additionally, the parties agree that the failure to grant the continuance would be likely to make the continuation of the proceedings impossible due to the recent re-assignment of the case.

c) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of April 10, 2023 to May 11, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i) [Local Code T1] because it results from a continuance granted by the Court at the parties' joint request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**[CONTINUED ON NEXT PAGE]**

IT IS SO STIPULATED.

Dated:  April 11, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ *ROBERT C. ABENDROTH*
ROBERT C. ABENDROTH
Assistant United States Attorney

Dated:  April 11, 2023

/s/ *MATTHEW J. LOMBARD*
MATTHEW J. LOMBARD
Counsel for Defendant
BLADIS MEDINA LOPEZ,

## ORDER

IT IS ORDERED that the change of plea hearing in this matter is hereby rescheduled for May 11, 2023 at 9:00 AM before Judge Daniel J. Calabretta.

THE COURT FINDS that failure to grant the continuance of the plea hearing would be likely to make the continuation of the proceedings impossible due to the recent re-assignment of the case. Therefore, the ends of justice served by continuing the plea hearing as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of April 10, 2023 to May 11, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i) [Local Code T1] because it results from a continuance granted by the Court at the parties' joint request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

SO FOUND AND ORDERED this 12th day of April, 2023.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE