PHILLIP A. TALBERT
United States Attorney
ROBERT C. ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BLADIS MEDINA LOPEZ,<br><br>Defendant. | CASE NO. 2:22-CR-00076 DJC<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |
|---|---|

      Pursuant to Local Rule 141(b) and based upon the representations contained in the government's Request to Seal, IT IS HEREBY ORDERED that the four-page document pertaining to defendant BLADIS MEDINA LOPEZ, and government's Request to Seal shall be SEALED until further order of this Court.

      IT IS FURTHER ORDERED that access to the sealed documents shall be limited to the government and counsel for the defendant. The United States Attorney's Office is permitted to share the 4-page document with defense counsel in related criminal cases, if any, as necessary to comply with discovery obligations, and with the Drug Enforcement Administration (DEA), which should be allowed to share the contents of the 4-page document with other law enforcement agencies for use in investigation and prosecution.

      The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in

the government's request, sealing the four-page document serves a compelling interest. The Court further finds that, in the absence of sealing the document, the compelling interests identified by the government would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the government's motion that would adequately protect the compelling interests identified by the government.

Dated:  May 12, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE