MATTHEW J. LOMBARD (SBN 239910)
LAW OFFICE OF MATTHEW J. LOMBARD
11400 W. Olympic Blvd., Suite 1500
Los Angeles, California 90064

Tel: (424) 371-5930
Fax:(310) 392-9029
E-Mail: mlombard@lombardlaw.net

Attorney for Defendant
BLADIS MEDINA LOPEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> BLADIS MEDINA LOPEZ, <br> Defendant. | Case No. 22-CR-00076-DJC <br><br> **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** <br><br> **Current Date: August 31, 2023** <br><br> **Proposed Date: October 26, 2023** |

IT IS HEREBY REQUESTED by the parties in the above-entitled matter, defendant, Bladis Medina Lopez, by and through his counsel of record, Matthew J. Lombard, and plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Robert Abendroth, that the Sentencing Hearing currently scheduled for August 31, 2023 be continued to October 26, 2023, at 9:00 a.m.

///

///

Defense counsel is requesting a continuance to allow additional time for the PSR to be completed and for counsel to have sufficient time to make arrangements to travel from Los Angeles to be present for the pretrial interview.

Counsel has contacted Assistant United States Attorney Robert Abendroth, who does not object to the continuance.

DATED: July 14, 2023   Respectfully submitted,

By: /s/Matthew J. Lombard
_____
MATTHEW J. LOMBARD
Attorney for Defendant
Bladis Medina Lopez

DATED: July 14, 2023   By: /s/* per email authorization
_____
ROBERT ABENDROTH
Attorney for Plaintiff
Assistant United States Attorney

## ORDER

Having considered the stipulation, and for good cause,

IT IS HEREBY ORDERED that defendant's Sentencing Hearing be continued from August 21, 2023 to October 26, 2023, at 9:00 a.m.

DATED: July 17, 2023   /s/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE