MATTHEW J. LOMBARD (SBN 239910)
LAW OFFICE OF MATTHEW J. LOMBARD
11400 W. Olympic Blvd., Suite 1500
Los Angeles, California 90064

Tel: (424) 371-5930
Fax:(310) 392-9029
E-Mail: mlombard@lombardlaw.net

Attorney for Defendant
BLADIS MEDINA LOPEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>BLADIS MEDINA LOPEZ,<br><br>    Defendant. | Case No. 22-CR-00076-DJC<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER**<br><br>**Current Date: October 26, 2023**<br><br>**Proposed Date: February 1, 2024** |

  IT IS HEREBY REQUESTED by the parties in the above-entitled matter, defendant, Bladis Medina Lopez, by and through his counsel of record, Matthew J. Lombard, and plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Cameron Desmond, that the Sentencing Hearing currently scheduled for October 26, 2023 be continued to February 1, 2024, at 9:00 a.m.

  Defense counsel is requesting a continuance to allow additional time for the PSR to be completed and for counsel to have sufficient time to make arrangements to travel from Los Angeles to be present for the pretrial interview.

  Counsel has contacted Assistant United States Attorney Robert Abendroth, who does not object to the continuance.

Furthermore, the Presentence Investigation Report Schedule is revised as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | February 1, 2024 |
| Reply, or Statement of Non-Opposition: | January 25, 2024 |
| Formal Objections to PSR shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | January 18, 2024 |
| Final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | January 11, 20224 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no Later than: | January 4, 2024 |
| The draft Presentence Report shall be Disclosed to counsel no later than: | December 21, 2023 |

**IT IS SO STIPULATED**

Respectfully submitted,

DATED: October 16, 2023          By:

/s/ Matthew J. Lombard
MATTHEW J. LOMBARD
Attorney for Defendant
Bladis Medina Lopez

**IT IS SO STIPULATED**

DATED: October 13, 2023

/s/ *per email authorization*
CAMERON DESMOND
Attorney for Plaintiff

**IT IS SO ORDERED.**

DATED:  October 16, 2023     /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE