MATTHEW J. LOMBARD (SBN 239910)
LAW OFFICE OF MATTHEW J. LOMBARD
11400 W. Olympic Blvd., Suite 1500
Los Angeles, California 90064

Tel: (424) 371-5930
Fax:(310) 392-9029
E-Mail: mlombard@lombardlaw.net

Attorney for Defendant
BLADIS MEDINA LOPEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 22-CR-00076-DJC |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE** |
| v. | ) **SENTENCING HEARING;** |
| | ) **ORDER** |
| BLADIS MEDINA LOPEZ, | ) |
| Defendant. | ) **Current Date:  February 1, 2024** |
| | ) **Proposed Date: March 14, 2024** |

IT IS HEREBY REQUESTED by the parties in the above-entitled matter, defendant, Bladis Medina Lopez, by and through his counsel of record, Matthew J. Lombard, and plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Cameron Desmond, that the Sentencing Hearing currently scheduled for February 1, 2024 be continued to March 14, 2024, at 9:00 a.m.

Defense counsel is requesting a continuance to allow additional time for the PSR to be completed and for counsel to have sufficient time to make arrangements to travel from Los Angeles to be present for the pretrial interview.

Counsel has contacted Assistant United States Attorney Cameron Desmond, who does not object to the continuance.

Furthermore, the Presentence Investigation Report Schedule is revised as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | April 25, 2024 |
| Reply, or Statement of Non-Opposition: | April 18, 2024 |
| Formal Objections to PSR shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | April 11, 2024 |
| Final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | April 4, 2024 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no Later than: | March 28, 2024 |
| The draft Presentence Report shall be Disclosed to counsel no later than: | March 14, 2024 |

**IT IS SO STIPULATED**

Respectfully submitted,

DATED: January 24, 2024        By:

/s/ Matthew J. Lombard
MATTHEW J. LOMBARD
Attorney for Defendant
Bladis Medina Lopez

**IT IS SO STIPULATED**

DATED: January 24, 2024

/s/ *per email authorization*
CAMERON DESMOND
Attorney for Plaintiff

**IT IS SO ORDERED.**

DATED:  January 26, 2024        /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE